IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 3:23-cv-00478-MMH-LLL

**PREPARED FOOD PHOTOS, INC.,**
**f/k/a ADLIFE MARKETING &**
**COMMUNICATIONS CO., INC.,**
Plaintiff,

v.

**RDS GROCERY, LLC, d/b/a**
**PREMIER MEATS & SEAFOOD,**
Defendant.

_____/

### REPORT OF MEDIATOR

THIS CAUSE came before the undersigned Mediator, Glenn J. Waldman, on Wednesday, February 6, 2024, for the Mediation Conference attended by all parties and their respective counsel. The Mediation Conference adjourned with the parties in agreement to continue the mediation process under the supervision of Mediator, Glenn J. Waldman, and anticipate a Final Report being filed in this matter on or very shortly after Monday, February 19, 2024.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF system on this 7th day of February, 2024, which will cause a true and correct copy to be sent electronically to all counsel of record.

*/s/ Glenn J. Waldman*
Glenn J. Waldman
Fla. Bar No. 374113
U.S. District Court Mediator
gwaldman@waldmanlawfirm.com