IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 3:23-cv-00478-MMH-LLL

PREPARED FOOD PHOTOS, INC.,
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

RDS GROCERY, LLC, d/b/a
PREMIER MEATS & SEAFOOD,

    Defendant.

_____

## JOINT NOTICE OF SETTLEMENT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") and Defendant RDS Grocery, LLC, d/b/a Premier Meats & Seafood ("Defendant") hereby give notice that the parties have reached a settlement in principle that fully resolves this lawsuit. The parties anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

Dated: March 4, 2024.

| | |
|---|---|
| **COPYCAT LEGAL PLLC** <br> 3111 N. University Drive <br> Suite 301 <br> Coral Springs, FL 33065 <br> Telephone: (877) 437-6228 <br> dan@copycatlegal.com <br><br> *Attorneys for Plaintiff* <br><br><br> By: /s/ Daniel DeSouza_____ <br>     Daniel DeSouza, Esq. | **LAW OFFICES OF ROB HEEKIN, JR., P.A.** <br> 2223 Atlantic Boulevard <br> Jacksonville, Florida 32207 <br> Telephone: (904) 629-4870 <br> rob@heekinlawoffices.com <br><br> *Attorneys for Defendant* <br><br><br> By: /s/ Robert A. Heekin, Jr.___ <br>     Robert A. Heekin, Jr., Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza_____
Daniel DeSouza, Esq.