# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PREPARED FOOD PHOTOS, INC.,
f/k/a Adlife Marketing &
Communications Co., Inc.,

     Plaintiff,

v.                                           Case No. 3:23-cv-478-MMH-LLL

RDS GROCERY, LLC,
d/b/a Premier Meats & Seafood,

     Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 47; Stipulation) filed on March 20, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of March, 2024.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record